## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Maryland |
|---|---|
| Name (under which you were convicted):<br>BISHME WALKER | Docket or Case No.:<br>WDQ-070-0146 |
| Place of Confinement: F.C.I. Gilmer | Prisoner No.: 34214-037 |

| UNITED STATES OF AMERICA | Movant (include name under which convicted) ENTERED<br>_____ FILED _____<br>_____ LOGGED _____ RECEIVED |
|---|---|
| v.   BISHME WALKER | OCT 01 2010 |

### MOTION

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

1.   (a) Name and location of court that entered the judgment of conviction you are challenging: _____

UNITED STATES DISTRICT COURT, DISTRICT OF MARYLAND, BALTIMORE DIVISION

_____

   (b) Criminal docket or case number: WDQ-07-0146

2.   (a) Date of the judgment of conviction: 11 January 2008

   (b) Date of sentencing: 10 January 2008

3.   Identify all counts and crimes for which you were convicted and sentenced in this case: _____

Conspiracy to Possess with intent to Distribute

_____

_____

_____

4.   Length of sentence for each count or crime for which you were convicted in this case: _____

262 Months of Imprisonment, 4 Year of Supervised Release

_____

5.   (a) What was your plea?
   Not guilty            ☒
   Guilty                ☐
   Nolo contendere (no contest)  ☐

   (b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details:

N/A _____

_____

_____

6.  If you went to trial, what kind of trial did you have? (Check one)
    (a)  Jury ☒
    (b)  Judge only ☐

7.  Did you testify at the trial?  Yes ☐  No ☒

8.  Did you appeal from the judgment of conviction?  Yes ☒  No ☐

9.  If you did appeal, answer the following:

    (a)  Date you filed:  19 February 2009

    (b)  Name of court:  U.S. Court of Appeals for the Fourth Circuit

    (c)  Docket or case number:  Appellate No. 08-4191

    (d)  Result:  affirmed

    (e)  Date of result:  24 March 2009

    (f)  Grounds raised:  District Court erred in denying defendant's motion

    to suppress and in permitting a police officer to testify as

    an expert

    (g)  Did you file a petition for certiorari in the United States Supreme Court? Yes ☒  No ☐

    If "Yes," answer the following:

        (1)  Date you filed:  Unsure

        (2)  Docket or case number:  No. 08-10999

        (3)  Result:  denied

        (4)  Date of result:  5 October 2009

        (5)  Grounds raised:  Appellate  court erred in affirming the district

    court's denial of motion to suppress and in permitting a police

    office to testify as an expert.

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?  No.

11.  If your answer to Question 10 was "Yes," give the following information:  Yes ☐  No ☐

(a)  (1)  Date you filed: _____

(2)  Name of court: _____

(3)  Docket or case number (if you know): _____

(4)  Date of filing (if you know): _____

(5)  Nature of the proceeding: _____

(6)  Grounds raised: _____

_____

_____

_____

_____

_____

(7)  Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☐

(8)  Result: _____

(9)  Date of result: _____

(b)  If you filed any second motion, petition, or application, give the same information:

(1)  Date you filed: _____

(2)  Name of court: _____

(3)  Docket or case number (if you know): _____

(4)  Date of filing (if you know): _____

(5)  Nature of the proceeding: _____

(6)  Grounds raised: _____

_____

_____

(7)  Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☐

(8)  Result: _____

(9)  Date of result : _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☐ No ☐

(2) Second petition: Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: Whether trial counsel rendered ineffective assitance of counsel (IAC) when trial counsel failed to present Mr. Walker's buyer-seller defense.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): _____

Prior to trial, Mr. Walker informed counsel that he arrived at the

restraurant (Mo's Seafood) with 500 grams of heroin to sell to

an individual.  Counsel failed to present this evidence to the

jury.

_____

_____

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes ☐ No ☒
(2) If you did not raise this issue in your direct appeal, explain why: _____

My appellate counsel failed to raise this issue on direct appeal,

and cliams of IAC are best raised on collateral attack.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition or application? Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Date motion was filed: _____

- 4 -

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available): _____

_____

Date of result: _____

(3)  Did you receive a hearing on your motion?  Yes ☐  No ☐

(4)  Did you appeal from the denial of your motion, petition or application?  Yes ☐  No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?  Yes ☐  No ☐

If yes, answer the following:

Date you filed: _____

Name of court where the appeal was filed : _____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available) : _____

_____

Date of result: _____

GROUND TWO: Whether trial counsel rendered IAC when counsel failed
to call Mr. Walker to testify on his own behalf.

_____

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): _____

See facts for Ground One._____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?  Yes ☐  No ☒

(2)  If you did not raise this issue in your direct appeal, explain why: _____

My appellate counsel faield to raise this issue._____

_____

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition or application?  Yes ☐  No ☒

(2)  If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Date motion was filed: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available): _____

_____

Date of result: _____

(3)  Did you receive a hearing on your motion?  Yes ☐  No ☐

(4)  Did you appeal from the denial of your motion, petition or application?  Yes ☐  No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?  Yes ☐  No ☐

If yes, answer the following:

Date you filed: _____

Name of court where the appeal was filed : _____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available) : _____

_____

Date of result: _____

**GROUND THREE:** Whether appellate counsel rendered IAC when counsel failed to challenge the sufficiency of the evidence on his conviction.

(a) Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.): _____

My counsel failed to raise a sufficiency of the evidence claim on my direct appeal.

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Three**:

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____

My appellate counsel failed to raise this issue. _____

_____

(c) **Post-Conviction Proceedings**:

(1) Did you raise this issue in any post-conviction motion, petition or application? Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Date motion was filed: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available): _____

_____

Date of result: _____

(3) Did you receive a hearing on your motion? Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition or application? Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal? Yes ☐ No ☐

If yes, answer the following:

Date you filed: _____

Name of court where the appeal was filed : _____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available) : _____

_____

Date of result: _____

**GROUND FOUR:** _____

_____

(a) Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground One:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue? Yes ☐  No ☐

    (2)  If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition or application? Yes ☐  No ☐

    (2)  If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Date motion was filed: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available): _____

_____

Date of result: _____

(3) Did you receive a hearing on your motion? Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition or application? Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal? Yes ☐ No ☐

If yes, answer the following:

Date you filed: _____

Name of court where the appeal was filed : _____

Docket or case number: _____

Result (attach a copy of the court's opinion and order, if available) : _____

_____

Date of result: _____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, state which ground or grounds have not been presented and your reasons for not presenting them:

None of these issues have been previously raised because of IAC.

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐ No ☒

If "Yes," state the date of filing, the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Unsure _____

_____

(b) At arraignment and plea: Harry D. McKnett, 5430 Lynx Ln., Suite 241

Columbia, MD 21044

(c) At trial: Stanley H. Needleman, 1005 N. Calvert St., Baltimore, MD

21201

(d) At sentencing: Same as trial counsel.

(e) On appeal: Gary A. Ticknor, Elkridge, MD

(f) In any post-conviction proceeding: This is my first post-conviction motion.

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

16. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?
Yes ☐  No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☐  No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

My direct appeal became final on 5 October 2009, so this motion

is timely because it was placed in F.C.I. Gilmer's legal mail

box prior to 5 October 2010.

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 (" AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of--
   (1) the date on which the judgment of conviction became final;
   (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant him or her the relief to which he or she may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct and that this Motion Under § 2255 was placed in the prison

mailing system on __24 September 2010 (9/24/10)_____ (month, date, year).


_____                    __16 September 2010____
Signature of Movant                              Date



_____
Signature of Attorney (if any)

If the person signing is not movant or an attorney, state relationship to movant and explain why movant is not signing this petition.

_____

_____

_____