# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | |
|---|---|---|
| **BISHME WALKER,** | * | **Crim. No. WDQ-07-0146** |
| Petitioner, | * | Civil No._____ |
| v. | * | |
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| Respondent. | * | |
| | * | |

\* \* \* \* \*

## MOTION TO VACATE JUDGMENT UNDER 28 U.S.C. § 2255 AND HOLD CASE IN ABEYANCE

Mr. Bishme Walker, through undersigned counsel, requests that this Court vacate his conviction under 28 U.S.C. § 2255 because his conviction was predicated on impermissible government conduct, specifically the lies of Officer Keith Allen Gladstone of the Baltimore City Police Department (BPD), resulting in a due process violation. These lies have now become evident through Officer Gladstone's federal indictment and conviction for fraudulent conduct in Case No. CCB-19-0094.

However, Mr. Walker asks this Court to hold this case in abeyance for one year to permit him to supplement his § 2255 motion and negotiate a resolution with the government. The government, through Assistant United States Attorney Robert Harding, does not oppose the abeyance request. Mr. Walker states the following in support of this motion:

1

1. On March 27, 2007, Mr. Walker was indicted for one count of conspiracy to distribute heroin in violation of 21 U.S.C. § 846 (Count One). On October 16, 2007, a jury convicted Mr. Walker on that count, and he was subsequently sentenced to 262-months imprisonment.

2. However, the conviction was predicated on the material lies of Officer Gladstone, the arresting officer in the case. Officer Gladstone was a critical witness not only at Mr. Walker's trial, but also at the hearing on his motion to suppress evidence and statements on the ground that the investigation of Mr. Walker violated the Fourth and Fifth Amendments. ECF No. 38.

3. Nonetheless, it was not until March 6, 2019—long after Mr. Walker's conviction—that credible evidence of Officer Gladstone's propensity to lie in criminal cases materialized. On that date, the government unsealed a federal indictment against Officer Gladstone that charged him with the following: one count of conspiring to deprive a victim of his civil rights by planting evidence against him and then lying about it in a statement of probable cause in violation of 18 U.S.C. § 241 (Count One); one count of conspiring to commit an offense against the United States by lying in the statement of probable cause in violation of 18 U.S.C. § 371 (Count Two); and one count of witness tampering by instructing another law enforcement officer to lie about the planting of evidence in violation of 18 U.S.C. § 1512 (Count Three). ECF No. 1, Case No. CCB-19-0094. On May 31, 2019, Officer Gladstone admitted to these lies and pled guilty to Count One. ECF Nos. 18 and 19, Case No. CCB-19-0094.

4. Officer Gladstone's indictment and conviction are new evidence that now shatters his credibility and confirms that he also lied in Mr. Walker's case. This "impermissible government conduct" materially impacted the outcome in Mr. Walker's case and violated his due

process rights. *United States v. Fisher*, 711 F.3d 460, 467 (4th Cir. 2013). Therefore, the Fourth Circuit's decision in *Fisher* compels the vacatur of his conviction.

5. The government, through Assistant United States Attorney Robert Harding, agrees that this motion is timely filed under 28 U.S.C. § 2255(f)(4). The government also agrees that this motion sufficiently pleads Mr. Walker's *Fisher* claim and that Walker has one year from today's date to supplement the motion. In the meantime, the Office of the Federal Public Defender will work with the government on a resolution of this matter.

WHEREFORE, Mr. Walker respectfully asks this Court to vacate his conviction, but before ruling on this motion, he asks the Court to hold this case in abeyance for one year from the date of this filing to give him time to supplement the motion and negotiate a resolution with the government.

        Respectfully submitted,

        JAMES WYDA  
        Federal Public Defender

        _____/s/_____  
        PARESH S. PATEL  
        Assistant Federal Public Defender  
        6411 Ivy Lane, Ste. 710  
        Greenbelt, Maryland  
        (301) 344-0600]  
        paresh_patel@fd.or

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of March 2020, a copy of the foregoing Motion to Vacate Judgment Under 28 U.S.C. §2255 was delivered via electronic filing to Robert Harding, Assistant United States Attorney, Office of the United States Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201-2692.

_____/s/_____
PARESH S. PATEL
Assistant Federal Public Defender